**No. 10-9976. Carl A. Knight, Petitioner v. United States District Court for the Western District of Pennsylvania.**

564 U.S. 1061, 132 S. Ct. 63, 180 L. Ed. 2d 931, 2011 U.S. LEXIS 5090.

August 15, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 1002, 131 S. Ct. 2481, 179 L. Ed. 2d 1236, 2011 U.S. LEXIS 3565.